UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

UNIVERSAL HEALTHCARE
GROUP, INC.,
              Debtor.
_____/

Case No. 8:13-bk-01520-KRM
Chapter 11

### ORDER GRANTING UNITED STATES TRUSTEE'S AMENDED MOTION TO AUTHORIZE THE APPOINTMENT OF CHAPTER 11 TRUSTEE AND DIRECTING THE UNITED STATES TRUSTEE TO APPOINT A TRUSTEE

This case came on before the Court on April 18, 2013, at 1:30 p.m., to consider the *United States Trustee's Amended Motion to Authorize the Appointment of a Chapter 11 Trustee, or Alternatively, to Convert Case to a Case Under Chapter 7* (Dkt. No. 182). Also before the Court were the *Ad Hoc Equity Steering Committee's Joinder in United States Trustee's Amended Motion to Authorize the Appointment of a Chapter 11 Trustee* (Dkt. No. 184), *BankUnited, N.A. as Administrative Agent's Joinder in Support of United States Trustee's Amended Motion to Authorize the Appointment of a Chapter 11 Trustee* (Dkt. No. 212), and *Debtor's Response to and Non-opposition to United States Trustee's Motion to Authorize Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(2)* (Dkt. No. 216). Accordingly, it is **ORDERED**:

1. That the United States Trustee's Amended Motion to Authorize the Appointment of a Chapter 11 Trustee, or Alternatively, to Convert Case to a Case Under Chapter 7 is granted;

2. That pursuant to 11 U.S.C. § 1104(d), the United States Trustee is directed to appoint a Chapter 11 trustee;

3. That the United States Trustee's request for alternative relief in the form of conversion to Chapter 7 is denied as moot;

4. That the Debtor and Debtor's professionals shall preserve the financial books and records of the Debtor and present the Debtor's financial books and records to the Chapter 11 trustee; and

5. That the Debtor's professionals are authorized during the phasedown and transition of operations of the Debtor, or as otherwise requested by the trustee or any counsel employed by the trustee, to continue to provide services to the estate pursuant to their previously approved retention.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on April 19, 2013.

K. Rodney May
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.