B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: **American Managed Care, LLC**
Debtor(s)

Case No. _____
Chapter **11**

# AMENDED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | American Express<br>c/o Registered Agent<br>CT Corporation System<br>Plantation, FL 33324 | | | 61,882.43 |
| C3 CUSTOMER CONTACT CHANNELS<br>1200 S PINE ISLAND ROAD<br>SUITE 200<br>PLANTATION, FL 33324 | C3 CUSTOMER CONTACT CHANNELS<br>1200 S PINE ISLAND ROAD<br>SUITE 200<br>PLANTATION, FL 33324 | | Disputed | 120,311.43 |
| CDW Direct, LLC<br>c/o Registered Agent<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-2525 | CDW Direct, LLC<br>c/o Registered Agent<br>Corporation Service Company<br>Tallahassee, FL 32301-2525 | | | 132,175.17 |
| Colodny, Fass, Talenfeld,<br>c/o Registered Agent<br>Joel Fass<br>100 SE 3rd Ave., 23rd Floor<br>Fort Lauderdale, FL 33394 | Colodny, Fass, Talenfeld,<br>c/o Registered Agent<br>Joel Fass<br>Fort Lauderdale, FL 33394 | | Disputed | 49,547.69 |
| DataClarity Corporation<br>c/o Registered Agent<br>Russell A. Pennington<br>3961 Andershot<br>Milton, FL 32571 | DataClarity Corporation<br>c/o Registered Agent<br>Russell A. Pennington<br>Milton, FL 32571 | | Disputed | 62,547.90 |
| Dell Financial Services<br>c/o Registered Agent<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | Dell Financial Services<br>c/o Registered Agent<br>Corporation Service Company<br>Tallahassee, FL 32301 | | | 126,308.50 |
| Devlin Consulting, Inc.<br>5505 W. Chandler Blvd.<br>Suite 20<br>Chandler, AZ 85226 | Devlin Consulting, Inc.<br>5505 W. Chandler Blvd.<br>Suite 20<br>Chandler, AZ 85226 | | Disputed | 49,362.93 |

B4 (Official Form 4) (12/07) - Cont.

In re  American Managed Care, LLC                                    Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Emdeon<br>3055 Lebanon Pike<br>Nashville, TN 37214 | Emdeon<br>3055 Lebanon Pike<br>Nashville, TN 37214 | | Disputed | 406,398.47 |
| Five9, Inc.<br>4000 Executive Parkway<br>Suite 400<br>San Ramon, CA 94583 | Five9, Inc.<br>4000 Executive Parkway<br>Suite 400<br>San Ramon, CA 94583 | | Disputed | 88,990.64 |
| GE Capital<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Fort Lauderdale, FL 33324 | GE Capital<br>c/o Registered Agent<br>CT Corporation System<br>Fort Lauderdale, FL 33324 | | Disputed | 115,202.88 |
| Health Data Vision, Inc.<br>1405 N. San Fernando Blvd.<br>Suite 302<br>Burbank, CA 91504 | Health Data Vision, Inc.<br>1405 N. San Fernando Blvd.<br>Suite 302<br>Burbank, CA 91504 | | Disputed | 131,125.00 |
| IEX Corporation<br>461 From Road<br>Paramus, NJ 07652 | IEX Corporation<br>461 From Road<br>Paramus, NJ 07652 | | | 45,261.00 |
| INDUS BPO SERVICES PVT LTD<br>701 A JOLLY APART<br>SARASWATI RD<br>INDIA | INDUS BPO SERVICES PVT LTD<br>701 A JOLLY APART<br>SARASWATI RD<br>INDIA | | Disputed | 62,450.00 |
| Microsoft Licensing, GP<br>6100 Neil Road Ste. 100<br>Reno, NV 89511 | Microsoft Licensing, GP<br>6100 Neil Road Ste. 100<br>Reno, NV 89511 | | | 46,958.06 |
| O'NEIL DS LLC<br>ATT: ACCOUNTS RECEIVABLE<br>P O BOX 9148<br>MARINADELREY, CA 90295 | O'NEIL DS LLC<br>ATT: ACCOUNTS RECEIVABLE<br>P O BOX 9148<br>MARINADELREY, CA 90295 | | Disputed | 59,624.26 |
| Receivable Management Servic<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Receivable Management Servic<br>c/o Registered Agent<br>CT Corporation System<br>Plantation, FL 33324 | | Disputed | 294,000.00 |
| Social Service Coordinators<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Social Service Coordinators<br>c/o Registered Agent<br>CT Corporation System<br>Plantation, FL 33324 | | Disputed | 60,287.00 |
| The Myers Group<br>c/o Registered Agent<br>Charles Johnson<br>1571 Grove Ave.<br>Fort Myers, FL 33901 | The Myers Group<br>c/o Registered Agent<br>Charles Johnson<br>Fort Myers, FL 33901 | | Disputed | 61,893.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  American Managed Care, LLC
_____
            Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| tw telecom c/o Registered Agent CT Corporation System 1200 South Pine Island Road Plantation, FL 33324 | tw telecom c/o Registered Agent CT Corporation System Plantation, FL 33324 | | | 62,328.03 |
| VerifPoint Credentialing Sol 23721 Birtcher Dr. Lake Forest, CA 92630 | VerifPoint Credentialing Sol 23721 Birtcher Dr. Lake Forest, CA 92630 | | Disputed | 96,454.53 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chapter 11 Trustee of Universal Health Care Group, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 5, 2013           Signature  /s/ Soneet Kapila
                                        Soneet R. Kapila
                                        Chapter 11 Trustee of Universal Health Care Group, Inc.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Universal Health Care Group, Inc.**        Case No. _____

Debtor(s)        Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HCA<br>31975 US Hwy 19 N<br>2nd Floor<br>Palm Harbor, FL 34684 | Greg Allen<br>HCA<br>31975 US Hwy 19 N<br>2nd Floor<br>Palm Harbor, FL 34684<br>727-793-6084 | | Disputed | 6,000,000.00 |
| Trizetto<br>6061 South Willow Drive<br>Suite 310<br>Englewood, CO 80111 | Tony Bellamo<br>Trizetto<br>6061 South Willow Drive<br>Suite 310<br>Englewood, CO 80111 | | Disputed | 4,000,000.00 |
| O'Neills<br>12655 Beatrice Street<br>Los Angeles, CA 90066 | O'Neills<br>12655 Beatrice Street<br>Los Angeles, CA 90066<br>440-256-3538 | | | 641,708.00 |
| Emdeon<br>3055 Lebanon Pike<br>Nashville, TN 37214 | Kayla Wiley & John Scheffel<br>Emdeon<br>3055 Lebanon Pike<br>Nashville, TN 37214<br>615-932-3188 | | | 593,105.00 |
| Matton Law Offices<br>1215 East 6th Avenue<br>Tampa, FL 33605 | Greg Matton<br>Matton Law Offices<br>1215 East 6th Avenue<br>Tampa, FL 33605 | | | 150,000.00 |
| Jeff Ludy<br>808 North Franklin Street<br>Apt. 115<br>Tampa, FL 33602 | Jeff Ludy<br>808 North Frankline Street<br>Apt. 115<br>Tampa, FL<br>727-793-4872 | | | 150,000.00 |
| Sandip Patel<br>1950 Peters Place<br>Clearwater, FL 33764 | Sandip Patel<br>1950 Peters Place<br>Clearwater, FL 33764<br>727-688-4836 | | | 141,666.00 |
| Jason Mitchell<br>10705 Tabor Drive<br>Tampa, FL 33625 | Jason Mitchell<br>10705 Tabor Drive<br>Tampa, FL 33625 | | Disputed | 100,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Universal Health Care Group, Inc.                              Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nirali Patel<br>1752 Oak Pond Court<br>Oldsmar, FL 34677 | Nirali Patel<br>1752 Oak Pond Court<br>Oldsmar, FL 34677 | | Disputed | 100,000.00 |
| C-3<br>1200 South Pine Island Road<br>Suite 200<br>Fort Lauderdale, FL 33324 | Daniel Roth<br>C-3<br>1200 South Pine Island Road<br>Suite 200<br>Fort Lauderdale, FL 33324<br>954-461-1801 | | | 71,848.00 |
| Jennifer Hamway<br>1612 W. De Leon Street<br>Tampa, FL 33606 | Jennifer Hamway<br>1612 W. De Leon Street<br>Tampa, FL 33606 | | | 65,000.00 |
| Colodny, Fass, Talenfield, Karlinsky, Abate & Webb<br>One Financial Plaza<br>23rd Floor<br>Fort Lauderdale, FL 33394 | Colodny, Fass, Talenfield, Karlinsky, Abate & Webb<br>One Financial Plaza, 23rd Fl<br>Fort Lauderdale, FL 33394<br>954-492-4010 | | | 47,437.00 |
| Greenberg Traurig LLP<br>625 East Twiggs Street<br>Suite 100<br>Tampa, FL 33602 | Greenberg Traurig LLP<br>625 East Twiggs Street<br>Suite 100<br>Tampa, FL 33602<br>813-225-4104 | | | 24,169.00 |
| Nicholas & Bell<br>501 Kennedy Blvd<br>Tampa, FL 33602 | Nicholas & Bell<br>501 Kennedy Blvd<br>Tampa, FL 33602<br>813-637-9200 | | | 21,753.00 |
| Akerman Senterfitt LLP<br>401 E. Jackson Street<br>Suite 1700<br>Tampa, FL 33602 | Akerman Senterfitt LLP<br>401 E. Jackson Street<br>Suite 1700<br>Tampa, FL 33602<br>813-223-7333 | | | 18,500.00 |
| MedHOK<br>5550 W. Idlewild Avenue<br>Suite 101<br>Tampa, FL 33634 | Anil Lottoor<br>MedHOK<br>5550 W. Idlewild Avenue<br>Suite 101<br>Tampa, FL 33634<br>888-963-3465 | | | 17,071.00 |
| Cole Scott & Kissane, P.A.<br>4301 W. Boy Scout Blvd<br>Tampa, FL 33607 | Cole Scott & Kissane, P.A.<br>4301 W. Boy Scout Blvd<br>Tampa, FL 33607<br>813-289-9300 | | | 17,054.00 |
| Southern Strategy Group<br>4023 Tampa Road<br>Suite 2001<br>Oldsmar, FL 34677 | Southern Strategy Group<br>4023 Tampa Road<br>Suite 2001<br>Oldsmar, FL 34677<br>727-233-4110 | | | 15,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Universal Health Care Group, Inc.   Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Foley & Lardner LLP<br>100 N. Tampa<br>Suite 2700<br>Tampa, FL 33602 | Foley & Lardner LLP<br>100 N. Tampa<br>Suite 2700<br>Tampa, FL 33602<br>813-225-4104 | | | 6,500.00 |
| Gorman Health Group, LLC<br>2176 Wisconsin Ave, NW<br>Washington, DC 20007 | John Gorman<br>Gorman Health Group, LLC<br>2176 Wisconsin Ave, NW<br>Washington, DC 20007<br>202-364-8283 | | | 5,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Strategy Officer and Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   February 6 2013         Signature   _Deepak Desai_
                                           Deepak Desai
                                           Chief Strategy Officer and Director

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.