UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Case No.: 8:13-bk-01520-KRM
                                                          Chapter 11
UNIVERSAL HEALTH CARE GROUP, INC.,

    Debtor,
_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO ALLOW RSUI INDEMNITY COMPANY TO LITIGATE ISSUES OF COVERAGE ASSOCIATED WITH DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY**

THIS CASE came on for consideration at the hearing held on December 19, 2013 at 3:00 p.m. to consider the merits of the Motion For Relief From the Automatic Stay (Doc. No. 557) (the "**RSUI Stay Relief Motion**") filed on October 1, 2013 by RSUI Indemnity Company ("**RSUI**").. On October 11, 2103, this Court entered its Agreed Order Granting Relief From the Automatic Stay (Doc. No. 572) (the "**Agreed Order**") granting the RSUI Stay Relief Motion. On October 11, 2013, after entry of the Agreed Order, RSUI filed RSUI Indemnity Company's Complaint For Declaratory Judgment in the United States District Court, Middle District of Florida, Tampa Division, case number 13-2629-RAL (the "**District Court Declaratory Relief Action**"). On October 25, 2013, the Chapter 11 Trustee for this debtor (the "**Trustee**") filed his Motion For Reconsideration of Agreed Order Granting Relief From the Automatic Stay (Doc. No. 587) ( the "**Reconsideration Motion"**). On November 25, 2013, this Court entered its order granting the Reconsideration Motion (Doc. No. 621) and established deadlines for the filing of briefs addressing the merits of the RSUI Stay Relief Motion and setting the December 19, 2013 hearing. After considering the written submissions made by RSUI and the Trustee, the legal arguments of counsel and the record in this case, for the reasons stated in open court that shall

constitute the Court's ruling, the Court finds that the RSUI Stay Relief Motion should be granted.

Accordingly, it is hereby

**ORDERED**:

1. The RSUI Stay Relief Motion is **GRANTED**.

2. RSUI is granted relief, effective immediately, from the automatic stay imposed by 11 U.S.C. §362 to permit RSUI to prosecute to judgment the District Court Declaratory Relief Action and to otherwise seek all available remedies relating to the determination of insurance coverage for certain individuals under the directors and officers policy number NHP648986 ( the "**Policy**") issued by RSUI to the Debtor, Universal Health Care Group, Inc.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on January 17, 2014.

K. Rodney May
United States Bankruptcy Judge

Attorney Michael P. Brundage is directed to serve a copy of this order on the interested persons and to file a proof of service within 3 business days from the entry of this order.