UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| UNIVERSAL HEALTH CARE GROUP, INC., | Case No. 13-bk-01520-KRM |
| AMERICAN MANAGED CARE, LLC | |
| Debtors. _____/ | Jointly Administered with Case No. 8:13-05952-KRM |
| SABRINA DE LA CONCHA, TOM TOUPS, BRYAN FRANKEL and HELEN PANTUSO, on behalf of themselves and all others similarly situated, | LEAD ADVERSARY CASE NO. 8:13-ap-00273-KRM |
| Plaintiffs, | Administratively Consolidated Adversary Case No. 8:13-ap-00623-KRM |
| v. | |
| AMERICAN MANAGED CARE, LLC and SONEET R. KAPILA, | |
| Defendants. _____/ | |

## **NOTICE OF ATTORNEY'S CHARGING LIEN**

The undersigned counsel files this charging lien against any proceeds recovered by Plaintiffs Sabrina De La Concha, Tom Toups, Bryan Frankel and Helen Pantuso, on behalf of themselves and all others similarly situated ("Plaintiffs"), and in support states:

1. Plaintiffs retained McRae & Metcalf, P.A. to represent them in this matter.

2. Costs, expenses, and fees are due to McRae & Metcalf, P.A.

3. Upon conclusion of this case, the undersigned counsel shall be entitled to be compensated out of any proceeds recovered by or for Plaintiffs, whether by judgment, settlement or otherwise.

WHEREFORE, the undersigned counsel gives notice to all persons of its charging lien on all proceeds of any recovery by Plaintiffs Sabrina De La Concha, Tom Toups, Bryan Frankel and Helen Pantuso, on behalf of themselves and all others similarly situated in this litigation, to secure the payment in full of all fees and reimbursable costs and expenses due the undersigned counsel for professional services, and providing such other relief as the Court deems proper.

Respectfully submitted,

*/s/ Christopher T. McRae*
**Christopher T. McRae**
Florida Bar No. 865982
cmcrae@mcraemetcalf.com
**David J. Metcalf**
Florida Bar No. 871427
dmetcalf@mcraemetcalf.com
McRae & Metcalf, P.A.
306 S. Plant Ave
Tampa, Florida 33606-2347
(813) 225-1125
(813) 225-1077

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via the courts ECF system to all counsel of record on June 8, 2017.

*/s/ Christopher T. McRae*
Attorney